UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Shahzoda Juraeva, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                                         *Plaintiff*,

    -*against*-

Americare, Inc.,

                                         *Defendant*.

-----------------------------------------------------------------------X

Index No.: 1:22-cv-03784

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendant Americare, Inc. (the "Defendant"), having offered to allow Plaintiff Shahzoda Juraeva (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Two Thousand Dollars ($2,000.00) in addition to payment by Defendant of the cost of the parties' mediation session held on January 4, 2023 in the amount of Six Hundred Dollars ($600.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendant's Offer of Judgment.

                                                                     LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                                     By: _____
                                                                        Jason Mizrahi
                                                                        60 East 42nd Street, Suite 4700
                                                                        New York, NY 10165
                                                                        Tel. No.: (212) 792-0048
                                                                        Email: Jason@levinepstein.com
                                                                        *Attorneys for Plaintiff*

VIA ECF

Encl.