**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
Shahzoda Juraeva, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

        -*against*-

Americare, Inc.,

                              *Defendant*.
-----------------------------------------------------------------------X

Index No.: 1:22-cv-03784

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Americare, Inc. (the "Defendant"), having offered to allow Plaintiff Shahzoda Juraeva (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Two Thousand Dollars ($2,000.00) in addition to payment by Defendant of the cost of the parties' mediation session held on January 4, 2023 in the amount of Six Hundred Dollars ($600.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendant's offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $2,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendant.

Dated: _____ _____, 2023
          New York, New York

                                                    SO ORDERED:

                                                    _____