```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y.

                                        ★  JAN 25 2023

                                         BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shahzoda Juraeva, on behalf of herself and
others similarly situated in the proposed
FLSA Collective Action,

                            Plaintiff,                   JUDGMENT

      v.                                            22-cv-03784-EK-SJB

Americare, Inc.,

                            Defendant.
------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 19, 2023; and Defendant Americare, Inc., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Shahzoda Juraeva for the total sum of Two Thousand Dollars ($2,000.00) in addition to payment by Defendant of the cost of the parties' mediation session held on January 4, 2023 in the amount of Six Hundred Dollars ($600.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Shahzoda Juraeva and against Defendant Americare, Inc., for the total sum of Two Thousand Dollars ($2,000.00) in addition to payment by Defendant of the cost of the parties' mediation session held on January 4, 2023 in the amount of Six Hundred Dollars ($600.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York                                 Brenna B. Mahoney
       January 23, 2023                                       Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk